IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDSON R. ARNEAULT, ET AL., Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 11-498 ) |
| KEVIN F. O'TOOLE, ET AL., Defendants. | ) ) ) |

ORDER

AND NOW, this 21st day of April, 2011, IT IS HEREBY ORDERED that the above captioned action shall be transferred to the Erie Division of the United States District Court for the Western District of Pennsylvania.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record